UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:　　　　　　　　　　　　　　）　　BK No.:　20-01358
Krystal M Tudela　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）　　Chapter:　13
　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）　　Honorable David D. Cleary
　　　　　　　　　　　　　　　　）
　　　　Debtor(s)　　　　　　　　）

## ORDER MODIFYING THE PLAN POST CONFIRMATION

　　THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

　IT IS HEREBY ORDERED:

　1. The 2015 Chevrolet Traverse financed through Capital One Auto Finance will be surrendered to Capital One Auto Finance post-confirmation and Capital One Auto Finance will be allowed an unsecured deficiency claim.

Enter:　*/s/ David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:　October 18, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600