UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-01358 |
| Krystal M. Tudela | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION TO OBTAIN/INCUR DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO OBTAIN/INCUR DEBT AND SHORTEN NOTICE, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS HEREBY ORDERED:

1. The Debtor is permitted to purchase a 2018 Chevrolet Trax or similar vehicle, with an amount financed not to exceed $23,906.60, interest not to exceed 15.99%, and monthly payments not to exceed $521.85.

2. Notice is shortened.

Enter:  [signature]

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  November 15, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600