UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-01358
Krystal M. Tudela )
) Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER AUTHORIZING LOAN REFINANCING AND SHORTEN NOTICE

THIS MATTER coming to be heard on the MOTION TO AUTHORIZE LOAN REFINANCING AND SHORTEN NOTICE, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS HEREBY ORDERED:

1) The Debtor is authorized to obtain additional credit in the approximate amount of $170,634 at an interest rate of $4.875%, with a monthly payment of $1,428, of which the principal and interest is $903.01, the mortgage insurance is $111 and the estimated escrow is $414, for a term of 30 years, for the purpose of refinancing the property commonly known as 7632 Weymouth Circle Hanover Park, IL 60133.

2) Debtor will provide the Trustee with a complete copy of the closing statement within 7 days of the closing.

3) Notice is shortened.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 22, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600